

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2017

No. 04-17-00424-CR

Estaban **PINON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-1263-CR-B
Jessica Crawford, Judge Presiding

# O R D E R

The reporter's record was originally due on October 24, 2017. On December 27, 2017, court reporter Lori Schmid filed a THIRD notification of late reporter's record. The reporter has requested an additional 30 days to file the record. The request is GRANTED IN PART. The court reporter is ORDERED to file the reporter's record with this court no later than January 16, 2018.

If the reporter's record is not filed with this court by January 16, 2018, any requests for additional time to file the record will be disfavored and must be accompanied by a signed, written status report. The report must comply with the following requirements:

- describe the transcript by day with the date, description, page counts, and remarks for each day;
- list the page counts for the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks); and
- describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date.

_Rebeca C. Martinez, Justice_

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2017.



KEITH E. HOTTLE,
Clerk of Court